HUBBARD J. GOODRICH, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RALROAD COMPANY, Appellant.

(Argued March 11, 1891; decided April 14, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 6, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Hamilton Harris* for appellant.

*Edwin Countryman* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.